

### UNITED STATES BANKRUPTCY COURT
**Western District of North Carolina**
**Asheville Division**

Case No. 10–10335
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

French Broad Place LLC
29 West French Broad St., Suite 206
Brevard, NC 28712
Social Security No.:
Debtor EIN:
56–012550

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion to Incur Debt filed in the above referenced case on 04/29/2010 as document # 21 is defective for the reason(s) marked below:

Document(s) filed do not comply with Federal Bankruptcy Rule 9037–Privacy Protection.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 30, 2010

David E. Weich
Clerk of Court

Electronically filed and signed (4/30/10)