UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

P.O. Box 34189
Charlotte, N.C. 28234–4189

Steven T. Salata
**Clerk of Court**

100 Otis Street
Room 106
Asheville, N.C. 28801

February 23, 2011

Edward C. Hay Jr.
PITTS, HAY & HUGENSCHMIDT, P.A.
137 Biltmore Avenue
Asheville, NC 28801

In Re:   Debtor(s):  French Broad Place LLC
         Case No.   10–10335
         Preparation for Chapter 11 Confirmation Hearing

Dear Sir/Madame:

The following are some instructions for the voting and confirmation of plans.

1. **BALLOTS.** Ballots should be mailed only to creditors who are qualified under § 1126(a) to vote. This requires the debtor's attorney to screen the court's mailing matrix to delete any names that are ineligible. After the mailing of the ballots, the debtor's attorney must file a certificate of service with the court within three (3) days listing the names and addresses of creditors to whom ballots were actually sent.

2. **TABULATION OF BALLOTS.** Ballots are to be tabulated by the debtor's attorney from the court file and the results entered on the attached form. The completed form must be filed with the Court no later than the close of business three business days prior to the confirmation hearing unless specifically otherwise ordered.

3. **CONFIRMATION HEARING.** The confirmation hearing is an evidentiary hearing, and the debtor's attorney must appear at the confirmation hearing prepared to prove that the requirements of § 1129 have been satisfied. Regardless of the vote tabulation, a plan cannot be confirmed without a record being made from which the court can find that all of the necessary elements for confirmation are present.

Very truly yours,

Steven T. Salata
Clerk of Court

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 10–10335
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
French Broad Place LLC
29 West French Broad St., Suite 206
Brevard, NC 28712
Social Security No.:
Debtor EIN:
56–012550

---

# REPORTING OF VOTING
# ON PLAN OF REORGANIZATION

The above–named debtor, by and through the undersigned counsel, respectfully submits the following as a report of the ballots received for each class of creditors and interests entitled to vote and included in the plan:

| Class | Creditor Name | Amount of Claim | Vote |
|---|---|---|---|
|   |   |   |   |

|   |   | Number | Amount |
|---|---|---|---|
| Class Summary: | Total Acceptances |   |   |
|   | Total Rejections |   |   |
|   | Total Did Not Vote |   |   |

(Repeat for each class)

From the foregoing, it is respectfully submitted that the debtor has received the requisite acceptances for confirmation of its Chapter 11 plan.

SIGNED:  _____
DATE:    _____