FILED & JUDGMENT ENTERED
Steven T. Salata

May 24 2011

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

In Re:                              )    Case No. 10-10335
                                    )        Chapter 11
**FRENCH BROAD PLACE LLC,**         )
                                    )
            Debtor.                 )
_____)

## ORDER RESCHEDULING HEARING

All matters presently scheduled for hearing on June 22, 2011 are rescheduled to be heard June 21, 2011 at 1:00 p.m. at the U.S. Courthouse, 100 Otis Street, Asheville, North Carolina.

**This Order has been signed electronically.**            **United States Bankruptcy Court**
**The Judge's signature and Court's seal**
**appear at the top of the Order.**